UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| FABIENNE ZANON, | Case No.: 2:20-cv-02080-JCM-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| BEAUTY BY DESIGN; RED ROCK SURGERY CENTER; ROBERT TROELL MD LTD; ROBERT TROELL; DAVID MALITZ, MD PC; DAVID MALITZ MD; and DOES and ROES 1 through 10, | |
| Defendants. | |

Pending before the Court is the Motion to Withdraw as Counsel for Plaintiff. ECF No. 46. Plaintiff has until May 6, 2022 to file a response. Simultaneously pending is Defendants' Motion to Compel Discovery Responses. ECF No. 43. The response to the Motion to Compel is due before the response to the Motion to Withdraw is due. In order to prevent potential but unintended prejudice to Plaintiff, the Court, *sua sponte*, extends the due date to the Motion to Compel to June 6, 2022, providing Plaintiff sufficient time to obtain new counsel and respond to the pending Motion to Compel should the Motion to Withdraw be granted.

Accordingly, IT IS HEREBY ORDERED that the response to Defendants' Motion to Compel is **due no later than June 6, 2022**.

Dated this 28th day of April, 2022.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1